Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Oregon__

__Portland__ Division

|  |  |
|---|---|
| ANTHONY MICHAEL DELAROSA <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> OFFICER RACHEL SKJELSTAD AND MORE UNKNOWN BEAVERTON POLICE DEPARTMENT OFFICIALS; et al., <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No.  __3:23-cv-1287-MK__ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Michael DelaRosa
All other names by which you have been known:
ID Number: 16396753
Current Institution: Snake River Correctional Institution
Address: 777 Stanton Blvd.
Ontario, OR 97914
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Rachel Skjelstad
Job or Title (if known): Officer
Shield Number: Unknown
Employer: Beaverton Police Department
Address:
Beaverton, OR 97008
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: Sandra Rorick
Job or Title (if known): Post-Prison Supervision Officer
Shield Number: Unknown
Employer: Multnomah County Department of Community Justice
Address: 421 SW 5th Ave., 3rd Floor
Portland, OR 97204
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Barbara Fletcher
  Job or Title (if known): Post Prison Supervision Officer
  Shield Number: Unknown
  Employer: Multnomah County Department of Community Justice
  Address: 421 SW 5th Ave, 3rd Floor
  Portland, OR 97204
  City / State / Zip Code
  ☒ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name: Kevin Barton
  Job or Title (if known): District Attorney
  Shield Number: Unknown
  Employer: Washington County District Attorney's Office
  Address: 150 North First Avenue, Room 300, MS #40
  Hillsboro, OR 97124-3002
  City / State / Zip Code
  ☒ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth and Fourteenth Amendments to the United States Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Form 39.010

Case 3:23-cv-01287-MK   Document 2   Filed 09/01/23   Page 4 of 18

(B.) 1 of 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)   Page 3 of 11 continued...

**Defendant No. 5**
Name: Mitchell Diesko
Job or Title (if known): Deputy District Attorney
Shield Number: OSB# 183293
Employer: Washington County District Attorney's Office
Address: 150 North First Avenue, Room 300, MS #40
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

**Defendant No. 6**
Name: Vince Leone
Job or Title (if known): Deputy District Attorney
Shield Number: Unknown
Employer: Washington County District Attorney's Office
Address: 150 North First Avenue, Room 300, MS #40
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

**Defendant No. 7**
Name: Sean Kallery
Job or Title (if known): Deputy District Attorney
Shield Number: OSB# 172133
Employer: Washington County District Attorney's Office
Address: 150 North First Avenue, Room 300, MS #40
☒ Individual capacity ☐ Official capacity

**Defendant No. 8**
Name: Ricardo J. Menchaca
Job or Title (if known): Judge
Shield Number: Unknown
Employer: Washington County Circuit Courts
Address: 150 North First Avenue, MS #37
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

**Defendant No. 9**
Name: Christopher C. Colburn
Job or Title (if known): Judge
Shield Number: Unknown
Employer: Washington County Circuit Courts
Address: 150 North First Avenue, MS #37
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

(B) 2 of 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)    Page 3 of 11 continued...

Defendant No. 10
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

Beth L. Roberts
Judge
Unknown
Washington County Circuit Courts
150 North First Avenue, MS #37
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

Defendant No. 11
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

Ramon A. Pagan
Judge
Unknown
Washington County Circuit Courts
150 North First Avenue, MS #37
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

Defendant No. 12
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

Theodore E. Sims
Judge
Unknown
Washington County Circuit Courts
150 North First Avenue, MS #37
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

Defendant No. 13
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

Brendan Hooks
Metropolitan Public Defender Attorney
OSB # 203261
Metropolitan Public Defender
400 E. Main Street, Suite 210
Hillsboro, Oregon 97123-4166
☒ Individual capacity ☒ Official capacity

Defendant No. 14
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

Trevor C. Farrell
Attorney at Law \ Deputy District Attorney
OSB # 125092
Washington County District Attorney's Office
150 North First Avenue, Room 300, MS # 40
Hillsboro, Oregon 97124-3002
☒ Individual capacity ☐ Official capacity

PAGE 3 of 11
continued...
FORM 39.010

(B.) 3 of 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)   Page 3 of 11 continued...

**Defendant No. 15**
 Name
 Job or Title (if known)
 Shield Number
 Employer
 Address

Jennifer Muir
Court Transcriber
CET - 1149
CourtScripts, LLC
P.O. Box 123
Philomath, Oregon 97370
☒ Individual capacity ☒ Official capacity

**Defendant No. 16**
 Name
 Job or Title (if known)
 Shield Number
 Employer
 Address

Sarra M. Yamin
Assistant Attorney General
Unknown
Oregon State Bar Client Assistance Office
16037 SW Upper Boones Ferry Road
P.O. Box 231935
Tigard, Oregon 97281-1935
☒ Individual capacity ☐ Official capacity

**Defendant No. 17**
 Name
 Job or Title (if known)
 Shield Number
 Employer
 Address

Anne Fujita Munsey
Appellate Attorney
OSB # 994080
Office of Public Defense Services - Appellate Division
1175 Court Street NE
Salem, Oregon 97301-4030
☒ Individual capacity ☒ Official capacity

**Defendant No. 18**
 Name
 Job or Title (if known)
 Shield Number
 Employer
 Address

Ernest G. Lannet
Appellate Attorney
OSB # 013248
Office of Public Defense Service - Appellate Division
1175 Court Street NE
Salem, Oregon 97301-4030
☒ Individual capacity ☒ Official capacity

**Defendant No. 19**
 Name
 Job or Title (if known)
 Shield Number
 Employer
 Address

Ellen F. Rosenblum
Attorney General
OSB # 753239
Oregon Department of Justice - Appellate Division
1162 Court St. NE
Salem, Oregon 97301-4096
☒ Individual capacity ☐ Official capacity

PAGE 3 of 11 continued...
FORM 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights Prisoner

(B) 4 of 4

Page 3 of 11 continued...

**Defendant No. 20**
Name: Pamela Burns
Job or Title (if known): Court Clerk
Shield Number: Unknown
Employer: Multnomah County Courthouse
Address: 1200 SW 1st Ave
Portland, Oregon 97204-3201
☒ Individual capacity ☒ Official capacity

**Defendant No. 21**
Name: Thomas Freedman
Job or Title (if known): Attorney at Law
Shield Number: OSB # 080697
Employer: Pearl Law LLC
Address: 333 SW Taylor Street, Suite 300
Portland, Oregon 97204
☒ Individual capacity ☒ Official capacity

**Defendant No. 22**
Name: Angela Rico
Job or Title (if known): Deputy District Attorney
Shield Number: OSB # 193074
Employer: Multnomah County District Attorney's Office
Address: 5200 Multnomah County Central Courthouse
Portland, Oregon 97204
☒ Individual capacity ☐ Official capacity

And More Unknown State Public Officials
Oregon State Bar; et al, & O.P.D.S. Appellate Division; et al.
Commission on Judicial Fitness and Disability; et al.
Oregon
Washington County, Multnomah County, Marion County

**Defendant No. 23**
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

**Defendant No. 24**
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

And More Unknown State Public Officials
Beaverton Police Department; et al.

Oregon
Washington County

PAGE 3 of 11 continued...
FORM 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant acted under color of state law to wrongfully arrest, prosecute, and convict Plaintiff thereafter imprisoning him. A large network of Public Officials engaged in criminal activities while Plaintiff had his personal liberty and also while incarcerated in jail & prison which includes, but is not limited to, State Police all the way up to multiple judges who openly undermined multiple Oregon Revised Statutes, the Oregon Constitution, and the United States Constitution.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On July 28th, 2021 Plaintiff was jumped by at least 4 people (2 family members). Plaintiff had multiple abrasions, a broken nose, and a fractured right eye orbital. Thereafter Beaverton Police arrested Plaintiff ONLY and charged him, set forth the culpable offenders as "victims", and overtly declined to charge them with crimes constituting Ballot Measure 11s.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

As Plaintiff was incarcerated, pursuing legal matters, multiple Public Officials continually engaged in criminal activities subjecting Plaintiff to incompetence, malfeasance, and corruption beginning from July 29th, 2021, up until now and counting.

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 28th, 2021, at approximately 6:30 pm or 7:00 pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On July 28th, 2021, Plaintiff was jumped by multiple people, unable to defend himself, and ultimately walked away with multiple abrasions and broken bones and was leaking a lot of blood. Beaverton Police thereafter arrested Plaintiff, took him to a Portland hospital, then took him to the jail in Hillsboro, Oregon in Washington County. On July 29th, 2021, the unlawful accusatory instrument was issued by D.D.A. Mitchell Diersko and endorsed by D.A. Kevin Barton. From that point forward Plaintiff was subject multiple erroneous violations of law in open court caused by

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff had multiple abrasions; a broken nose; and a fractured right orbital. Plaintiff was leaking blood profusely.
CTs were taken at Providence Saint Vincent Hospital, outside of the Beaverton Police Department's jurisdiction, in Portland, Oregon.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to grant compensatory\punitive damages in the amount of $900,000,000.00 due to the criminal actions and extreme oppression that a large network of corrupt public officials have subjected Plaintiff through, and, for declaratory and injunctive relief that will release Plaintiff from extreme oppression and illegal incarceration as soon as possible.

D. multiple appointed attorneys, including attorney assistants or paralegals, and also other deputy district attorneys and judges. Plaintiff's appointed counsel, Mr. Brendan Hooks, subjected him and his client to legal malpractice having him plead guilty to an alleged P.P.S. rule violation simply to track the violation with the new charge when a simple request to the court would have sufficed. Pending trial, Plaintiff asserted his 60-day Fast and Speedy Trial rights. On September 24th, 2021, at about 9:30 AM, before Judge Menchaca and D.D.A. Vince Leone, while still represented by Mr. Hooks, Plaintiff's 60-day Fast and Speedy Trial rights were grossly violated on the record; Judge Menchaca set out Plaintiff's trial by 74 days, refused to comply with ORS's 136.285, 136.290, 136.295 (4) and other applicable legal standards that pertain to releasal. In open court the Judge asserted that the set-back of 74 days was due to the COVID-19 global pandemic and that he had permission from the Chief Justice of the Supreme Court. [On that time and date Senate Bill 4212 was no longer in effect according to 2021 Oregon Regulation Text 586950 (NS), Office of the Governor, Executive Orders, Order No. 21-15, July 1st, 2021, and before that, 2020 Oregon Regulation Text 556541 (NS), Office of the Governor, Executive Orders, Order No. 20-25, June 1st, 2020, which pertains to Oregon's "State of Emergency" in terms of Phase I, Phase II, Phase III, (actual declaration and phased re-opening). Shortly after, Plaintiff filed complaints to the Oregon State Bar however General Counsel didn't agree with the illegalities of my Bar Complaints on both Mr. Hooks and especially D.D.A. Dresko. After having a breakdown in the attorney\client relationship with Mr. Hooks, Plaintiff instructed Mr. Hooks to file a Motion To Withdraw. After the motion was filed, a hearing was set on October 28th, 2021, at 1:54 PM before Judge Colburn. During the hearing Plaintiff asserted his side of the facts and the reasoning for the attorney\client relationship breakdown and also opted to represent his self pro se and requested advisory counsel. After accepting Plaintiff's request and accepting Mr. Hooks' Motion To Withdraw (on the basis of attorney\client relationship breakdown), Judge Colburn terminated Mr. Hooks as counsel and then re-appointed him as "advisory counsel"; This is all on record. Eventually Plaintiff filed Motions For Pretrial Release and For Withdrawal of Advisory Counsel and a hearing was had on November 16th, 2021, at 1:42 PM. The Motion For Pretrial Release was unlawfully denied and the Motion For Withdrawal of Advisory Counsel was almost denied as well until Mr. Hooks spoke up for the record and stated that there was a breakdown in the attorney\client relationship; Thereafter Mr. Trevor Clay Farrell (who at the time was employed by Cornerstone Law Group) was appointed as advisory counsel. During those following weeks, both Mr. Hooks and his assistant Tacey Smith refused to provide me the entirety of my Discovery for my case, and so did Mr. Farrell and his assistants at Cornerstone Law Group. Shortly after these events, Plaintiff instructed Mr. Farrell to Withdraw as advisory counsel

(D.) 1 of 3

D. due to not only refusing to provide the Discovery case files, but also because Mr. Farrell was refusing to E-file Plaintiff's written motions; Mr. Farrell's basis was that he did not represent Plaintiff as counsel, only advisory. On December 3rd, 2021, at 9:44 AM, Plaintiff had a Pretrial Readiness Hearing before Judge Beth Roberts over a telephonic hearing. During that time Plaintiff attempted to inform her of the conflict of interest between him and Mr. Farrell and also of a Motion For Omnibus hearing, a Motion For Change Of Venue, and a Motion In Limine which had not been placed on the docket. Judge Roberts showed no concern or care about the conflict of interest, stated that my pretrial motions could be litigated "the day of trial", and didn't even assign a judge for my case for trial (which was set for December 7th, 2021), as is the practice in that judicial system. On December 7th, 2021, Plaintiff was summoned to court in the morning, and was assigned a judge, (Judge R. Pagan), but the only reason why was because a woman whom Judge Pagan was assigned to trial for, had tripped in the court room, while cuffed, and injured herself. Later that same day, at about 11:20 AM, I went before Judge Pagan and attempted to present my motions; Also present was D.D.A. Sean Kalley and Mr. Farrell. Judge Pagan erroneously denied my motions including the Motion For Omnibus Hearing, Motion For Change of Venue, and an oral Motion To Disqualify The District Attorney; He did not entirely deny my Motion In Limine however he refused to let me preserve oral argument for the record. His basis for denying my motions was completely contrary to the Judicial Code and to the whole of the law frankly. He was uncooperative with my job as defense counsel pro se and would not let me get a word in edgewise. He also demonstrated extreme prejudice especially in the fact that the Deputy District Attorney forgot to (or purposely failed) to subpoena the police who were involved. Despite the overwhelming evidence which clearly indicated my innocence and illegal arrest, I was convicted of one assault in the forth degree (24 months) and was given 45 months DOC for a 90-day probation violation which was already served in full [163 days total]. Plaintiff also attempted a Motion For Mistrial because a former conviction that was reversed and remanded by the Ninth Circuit Court of Appeals was brought up during testimony for impeachment purposes. The fact that the Ninth Circuit reversed the conviction, and it was remanded, made it to be rendered temporarily nugatory however Judge Pagan continually asserted, in essence, that the State courts superceded the Federal courts an was hostile about letting Plaintiff get a word in edgewise to preserve any possible argument. Plaintiff was under so much mental and emotional turmoil and could not fairly litigate or calibrate proper argument

D. especially against the fact that the State did NOT subpoena the police making the trial illegal even if there was a valid basis in the charges. After being convicted and sentenced, Plaintiff was sent to the Intake at Coffee Creek Correctional Facility on December 9th, 2021. Shortly after Plaintiff filed a Notice of Appeal. In January of 2021, Plaintiff was appointed appellate public defender Anne Fujita Munsey. From that point up until now and counting Ms. Munsey has engaged extreme legal malpractice including things such as ignoring or failing to communicate, continually requesting time extensions within the course of two years due to failures to supplement the entirety of the transcript records, and gross refusals to adequately defend especially by causing Plaintiff's case extreme harm and undue delay. Plaintiff has filed Bar Complaints against Ms. Munsey, and despite the overwhelming evidence presented, in terms of unethical and unprofessional misconduct, General Counsel refused to take action on the issues and especially the obvious breakdown in the attorney\client relationship. Plaintiff's transcripts were also not properly transcribed by the transcriber (and possibly other coordinators); In Plaintiff's transcripts, there are almost 80 "[INDISCERNABLE]" entries entered by the transcriber. Plaintiff continually attempted to resolve the issue via letters to the appellate attorney, even reaching out to the Attorney General however could not reach a lawful resolution. There are also unlawful discrepancies caused by Ms. Munsey's superior, the Chief Defender Ernest Lannet. Plaintiff reached out to Attorney General Ellen Rosenblum on February 21st, 2022; Plaintiff also filed multiple Judicial Complaints to the Commission on Judicial Fitness and Disability; Despite unequivocal overwhelming evidence, the Judicial Complaints were grossly rejected. In connection with these culpable public officials, are officials that were involved in criminal conduct within my Multnomah County case [Case No.: 100330881], which was reversed and remanded, as stated above, by the Ninth Circuit [Case No.: 20-35058]; These officials include, but are not limited to Multnomah County Court Clerk Pamela Burns, attorney Thomas Freedman, and Deputy District Attorney Angela Rico.

All the combined criminal activity dished out upon the Plaintiff constitutes R.I.C.O. Act and possibly other Statutory issues.

(D.) 3 of 3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Not applicable.

Page 7 of 11

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Not required.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*
       _____

    3. Docket or index number
       _____

    4. Name of Judge assigned to your case
       _____

    5. Approximate date of filing lawsuit
       _____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

### IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 30th, 2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Anthony Michael DelaRosa
Prison Identification #: 16396753
Prison Address: SRCI, 777 Stanton Blvd.
City: Ontario   State: OR   Zip Code: 97914

#### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City: ____   State: ____   Zip Code: ____
Telephone Number: _____
E-mail Address: _____

Form 39.010