IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY MICHAEL DELAROSA,

        Plaintiff,

        v.

OFFICER RACHEL SKJELSTAD; More Unknown Beaverton Police Department Officials, et al.,

        Defendants.

Civ. No. 3:23-cv-01287-MK

JUDGMENT

    This action is DISMISSED for failure to state a claim, with prejudice as to claims that are not *Heck* barred.

    DATED: 12/19/2023

                            Melissa Aubin, Clerk

                    By    /s/ C. Kramer
                           Deputy Clerk